### CREEL *et al. vs.* BUSH.

The verdict was against the weight of the evidence, and there was no error in granting a new trial.

May 16, 1888.

New trial. Before Judge ADAMSON. City court of Carrollton. August term, 1887.

Report unnecessary.

WALKER & REESE, for plaintiffs in error.

MERRELL & COLE, *contra.*

BLANDFORD, Justice.

Bush sued Creel and Lott in the city court of Carrollton for the price of a gin. A verdict was had for the defendants. The court granted a new trial. The record shows a great deal of conflicting evidence in the case. It furthermore appears that the verdict was against the preponderance and weight of the evidence; and we think the court did right to grant a new trial.

Judgment affirmed.